


# Notice of Service of Process

null / PROP
Transmittal Number: 26654945
Date Processed: 03/30/2023

| | |
|---|---|
| **Primary Contact:** | Nicole Russ<br>Delta Air Lines, Inc<br>1030 Delta Blvd<br>Dept 982<br>Atlanta, GA 30354-1989 |
| **Electronic copy provided to:** | Melba Prevost<br>Alexander Rowedder<br>Shannon Shaw |
| **Entity:** | Delta Air Lines, Inc.<br>Entity ID Number  2078129 |
| **Entity Served:** | Delta Air Lines, Inc. |
| **Title of Action:** | Zablon Akhwale vs. Delta Air Lines, Inc. |
| **Matter Name/ID:** | Zablon Akhwale vs. Delta Air Lines, Inc. (13863407) |
| **Document(s) Type:** | Warrant in Debt |
| **Nature of Action:** | Property |
| **Court/Agency:** | Richmond City General District Court, VA |
| **Case/Reference No:** | 23006468 |
| **Jurisdiction Served:** | Virginia |
| **Date Served on CSC:** | 03/30/2023 |
| **Answer or Appearance Due:** | Other/NA |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| **Sender Information:** | Zablon Akhwale<br>571-440-1443 |
| **Notes:** | Plaintiff requesting amount of $5,265.00 from defendant for lost and damaged property due to negligence and breach of contract |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

**WARRANT IN DEBT — SMALL CLAIMS DIVISION**
Commonwealth of Virginia   VA. CODE § 16.1-79; 16.1-122.3

Richmond City
CITY OR COUNTY

......................................... General District Court

400 N. 9th Street Richmond, VA 23219-1549
STREET ADDRESS OF COURT

TO ANY AUTHORIZED OFFICER: You are hereby commanded to summon the Defendant(s).
TO THE DEFENDANT(S): You are summoned to appear before this Court at the above address on

5/23/2023  11:00 AM  ............ to answer the Plaintiff(s)' civil claim (see below)
RETURN DATE AND TIME

MAR 2 9 2023
DATE ISSUED        [ ] CLERK  [✗] DEPUTY CLERK   [ ] MAGISTRATE

**CLAIM:** Plaintiff(s) claim that Defendant(s) owe Plaintiff(s) a debt in the sum of

$ 5,000.00 ...... net of any credits, with interest at ...10... % from ...1/9/23... until paid.
                                                    INTEREST RATE    DATE FROM WHICH IS DUE

$ 265.00 ............ costs with the basis of this claim being
        COSTS
[ ] Open Account  [ ] Contract  [ ] Note  [✗] Other (EXPLAIN)
Lost and damaged property due to negligence and breach of contract

HOMESTEAD EXEMPTION WAIVED? [ ] YES  [ ] NO  [✗] cannot be demanded

February 24, 2023
DATE                         [✗] PLAINTIFF   [ ] PLAINTIFF'S EMPLOYER

---

**CASE DISPOSITION**
[ ] JUDGMENT that the Plaintiff(s) recover against [ ] named Defendant(s) [ ] ..................

$ .................... net of any credits, with interest at .........% from ............. until paid.
                                                   INTEREST RATE   DATE FROM WHICH IS DUE

$ ................. costs

**HOMESTEAD EXEMPTION WAIVED?** [ ] YES  [ ] NO  [ ] CANNOT BE DEMANDED
[ ] JUDGMENT FOR  [ ] NAMED DEFENDANT(S) [ ] ..................
[ ] NON-SUIT  [ ] DISMISSED
Defendant(s) Present?   [ ] YES
                         [ ] NO
[ ] Indemnifying bond of $.................. [ ]secured [ ]unsecured required for lost instrument
                                                                          (Va. Code § 8.01-32)

_____     _____
DATE                              JUDGE

FORM DC-402 FRONT 10/07

---

**RETURN DATE**
2300.6468
CASE NO.

PLAINTIFF(S) (LAST NAME, FIRST NAME, MIDDLE INITIAL)
Akhwale, Zablon
10413 Paradise Ct
.....................................
Manassas, VA 20109
(571) 440-1443
.....................................

v.

DEFENDANT(S) (LAST NAME, FIRST NAME, MIDDLE INITIAL)
DELTA AIR LINES, INC.
100 Shockoe Slip Fl 2,
.....................................
Richmond, VA 23219
.....................................

**WARRANT IN DEBT—**
**SMALL CLAIMS DIVISION**

* * *

TO DEFENDANT: You are not required to appear; however, if you fail to appear, judgment may be entered against you. By law, this case must be tried on the return date above unless all parties agree upon a different date for trial. Other continuances shall be granted by the court only for good cause shown.

* * *

Grounds of Defense ............................... DUE
                          ORDERED

_____
_____
_____
_____

JUDGMENT PAID OR
SATISFIED PURSUANT
TO ATTACHED NOTICE
OF
SATISFACTION

...................................  ...................................
DATE                                  CLERK

**DISABILITY ACCOMMODATIONS** for loss of hearing, vision, mobility, etc., contact the court ahead of time.

NEXT HEARING
DATE AND TIME

**Transfer to Another Locality:** If the Defendant believes that Plaintiff(s) should have filed this suit in a different city or county, you may file a written request to have the case moved for trial to the general district court of that city or county. To do so, you must do the following:

1. Prepare a written request which contains (a) this court's name, (b) the case number and the "return date" as shown on the other side of this form in the top right corner, (c) Plaintiff(s)' name(s) and Defendant(s)' name(s), (d) "I move to object to venue of this case in this court because" and state the reasons for your objection and also state in which city or county the case should be tried, and (e) your signature and mailing address.

2. File the written request in the clerk's office before the trial date (use the mail at your own risk) or give it to the judge when your case is called on the return date. Also send or deliver a copy to plaintiff.

3. If mailed to court, you will be notified of the judge's decision.

## REMOVAL TO GENERAL DISTRICT COURT

I, the undersigned defendant, am exercising my right to remove this case to the general district court of this jurisdiction by signing and giving this notice to this court before the case is decided.

_____    _____
DATE                                          [ ] DEFENDANT   [ ] ATTORNEY FOR DEFENDANT

[ ] oral   [ ] written notice of removal has been received this day in this small claims division.

_____    _____
DATE                                          [ ] CLERK   [ ] JUDGE

FORM DC-402 REVERSE 07/01

---

NAME ........................ **DELTA AIR LINES, INC.**
........................ C/O Corporation Service Company
ADDRESS ........................ 100 Shockoe Slip Fl 2,
........................ Richmond, VA 23219

[ ] **PERSONAL SERVICE**   Tel. No. ....................

[ ] Being unable to make personal service, a copy was delivered in the following manner:

[ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relations of recipient to party named above.

[ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.)

[ ] Served on Secretary of the Commonwealth

[ ] Served on Clerk of the State Corporation Commission.

[ ] NOT FOUND

_____   for _____
DATE                             SERVING OFFICER

---

NAME ........................
........................
ADDRESS ........................
........................

[ ] **PERSONAL SERVICE**   Tel. No. ....................

[ ] Being unable to make personal service, a copy was delivered in the following manner:

[ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relations of recipient to party named above.

[ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.)

[ ] Served on Secretary of the Commonwealth

[ ] Served on Clerk of the State Corporation Commission.

[ ] NOT FOUND

_____   for _____
DATE                             SERVING OFFICER

I certify that I mailed a copy of this document to the defendants named therein at the address shown therein on

....2/24/23........    [signature]
DATE                        [X] PLAINTIFF
                                    [ ] PLAINTIFF'S EMPLOYEE