EXHIBIT B



**UNITED STATES POSTAL SERVICE®** | **PRIORITY® MAIL**

22102   $9.65
RDC 01   0 Lb 2.20 Oz   R2305K133255-07

FROM: ZABLON AKHWALE
10413 PARADISE COURT
MANASSAS VA 20109

RECEIVED JUL 13 2023

)ected delivery date specified for domestic use.
nestic shipments include $100 of insurance (restrictions apply).*
PS Tracking® service included for domestic and many international destinations.
ited international insurance.**
en used internationally, a customs declaration form is required.
ince does not cover certain items. For details regarding claims exclusions see the
stic Mail Manual at http://pe.usps.com.
International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

TO:
WILSON ELSER, MOSKOWITZ LLP
KATHRYN A. GRACE (VSB NO: 71213)
NICOLE T. MELVANI (VSB NO: 98450)
THOMAS J. TUTONE (VSB NO: 98433)
8444 WESTPARK DRIVE, SUITE 510
MCLEAN, VA 22102
703-245-9300

AT RATE ENVELOPE
RATE ■ ANY WEIGHT

RACKED ■ INSURED

EXPECTED DELIVERY DAY: 07/13/23
USPS TRACKING® #




Supplement to DC-form 441 (A) Court. ~~DC-441~~ 443 Court
Form DC-441

# ITEMIZED LIST OF DAMAGES
Commonwealth of Virginia   Rule 7B:2

Case No. **1** GV23006468-01

**2** OCT 24 2023  1:00 P.m
HEARING DATE AND TIME

ZABLON **3** AKHWALE  v.  DELTA AIR LINES INC
PLAINTIFF / DEFENDANT

Attach to a bill of particulars or grounds of defense as appropriate. You may attach additional paper if needed.

| # | ITEM(S) (Describe) | AMOUNT $ Claimed |
|---|---|---|
| 1. (1) | Luggage with damaged zipper. I received | **5** Bag 179.00 |
| 2. | my luggage but with missing zipper and lock | lock 10.00  $189 |
| 3. (2) | Four domestic airline tickets. Had to fly | |
| 4. | local to check for my luggage. My Dads funeral | ~~800~~ |
| 5. | was in the village. So from Nairobi to Kisumu. | 800.00 |
| 6. (3) | Personal effects like pants, underwears, | |
| 7. | shoes, soap, lotion, body spray for use | |
| 8. | while waiting for luggage. (Approximate value) | 400.00 |
| 9. (4) | Food and accommodation and driver fee (fare) | |
| 10. | for the 4 days my luggage was missing. | |
| 11. | All these was paid in cash, since I had money | |
| 12. | with me that I exchanged at the Airport. | Approximately 600.00 |
| 13. (5) | Tips and thank you upto including dinner | |
| 14. | and lunch treatment for their sacrifice. to | Approx. 400.00 |
| 15. (6) | Time and inconvenience and stress to take few | |
|  | day of mourning my Dad for this husle. | **6** 2,000 |

Total $ 

(189 + 800 + 400 + 600 + 400 + 2000) Total $$ 4380

**7** [ ] See continuation sheet.

FORM DC-443 MASTER 05/09

**BILL OF PARTICULARS**
Commonwealth of Virginia    Rule 7B:2

Case No. GV23006468-01

OCT 24 2023 9:00 am
TRIAL DATE AND TIME

RICHMOND CITY
CITY OR COUNTY ......................... General District Court

7604 - RICHMOND JOHN MARSHALL GDC, 400 N. 9th St. Richmond VA 23219
STREET ADDRESS OF COURT

ZABLON AKHWALE  v.  DELTA AIR LINES INC.
PLAINTIFF                         DEFENDANT

**TO THE PLAINTIFF:**
You are required to file with the court, and serve by mailing, a written BILL OF PARTICULARS by .................... DATE

The defendant's written GROUNDS OF DEFENSE is due to be filed with the court and served by mailing by .................... DATE

You are further required to fully state, in the numbered paragraphs below, each of the reasons/grounds why you think the defendant owes you the money or property claimed. You may attach additional paper if needed.

1. They gave me a baggage claim form to back monitor and track my luggage and or for inquires. (The sad part is, this was a trip for my Dad's Funeral, so a busy trip.)

2. Am here with this case because I was not compensated anything for the inconvenience, time and expenses I incurred (in this unfortunate event.

3. I received my luggage 4 days later with most of the pursuit for the luggage handled by Kenya Airways representative.

4. I have some supporting evidence of the expenses that I went through and this includes the time, phone calls, the flight back and forth detailed in form DC-441.

5. On Delta website, They claim to compensate for loss of luggage, I wonder why they never reached out to me for the same.

[ ] See continuation sheet.

**NOTICES:** Failure to comply with this order may be grounds for awarding summary judgment in favor of the adverse party. Both parties must be prepared, at trial, to prove their case with admissible evidence. Upon trial, the judge may exclude evidence as to matters not described in this pleading.

JUL 11 2023                    ZABLON AKHWALE
DATE                           [ ] PLAINTIFF    [ ] PLAINTIFF'S ATTORNEY

ZABLON AKHWALE
PRINT NAME

10413 PARADISE CT MANASSAS VA 20109  571 440 1443
ADDRESS /TELEPHONE NUMBER OF SIGNATOR

**PLAINTIFF'S CERTIFICATE**
I certify that I delivered or mailed a completed copy of this BILL OF PARTICULARS to the clerk of this court and mailed to each attorney for the defendant, or to the defendant if not represented,
this ...JUL... day of ...12..., 20.23.

SIGNATURE OF [ ] PLAINTIFF [ ] PLAINTIFF'S ATTORNEY

FORM DC-441 MASTER 05/09

**BILL OF PARTICULARS**
Commonwealth of Virginia   Rule 7B:2

Case No. GV23006468-01

TRIAL DATE AND TIME: OCT 24 2023 01:00PM

CITY OR COUNTY: RICHMOND CITY

General District Court

STREET ADDRESS OF COURT: 7609 - RICHMOND JOHN MARSHALL GDC, 400 N. 9th St, Richmond, VA 23219

PLAINTIFF: JABLON AKHWALE

v.

DEFENDANT: DELTA AIR LINES INC

**TO THE PLAINTIFF:**
You are required to file with the court, and serve by mailing, a written BILL OF PARTICULARS by JUL 17 2023

The defendant's written GROUNDS OF DEFENSE is due to be filed with the court and served by mailing by AUG 17 2023

You are further required to fully state, in the numbered paragraphs below, each of the reasons/grounds why you think the defendant owes you the money or property claimed. You may attach additional paper if needed.

1. TRAVELLED FROM WASHINGTON DULLES (IAD) to KENYA ON JAN 8th SUNDAY 2023 to NAIROBI JKIA ARRIVAL JAN 9th 2023 FROM 6A.m (IAD) then Layover (JFK) New York connection Flight at 6:00 p.m KQ3 to Nairobi.

2. My flight Information was DELTA AIR 5824, check in Confirmation ticket number GA6K48, Ticket number 70667082222171

3. I had One bag that passed the weigh in at Delta check in and I was handed a bag tag number DL469328 and my seat number 13D and that was it.

4. I was advised to pick up my luggage at the final destination in NAIROBI and that I do not have to do or pay for anything else.

5. Well on arrival, I did not receive my luggage and immediately filed for baggage claim at the destination and also with Delta Air lines. With (continued next page)

[ ] See continuation sheet.

**NOTICES:** Failure to comply with this order may be grounds for awarding summary judgment in favor of the adverse party. Both parties must be prepared, at trial, to prove their case with admissible evidence. Upon trial, the judge may exclude evidence as to matters not described in this pleading.

DATE: JUL 11 2023

JABLON AKHWALE [ ] PLAINTIFF    NONE [ ] PLAINTIFF'S ATTORNEY

PRINT NAME: JABLON AKHWALE

ADDRESS/TELEPHONE NUMBER OF SIGNATOR: 10413 PARADISE CT MANASSAS VA 20109, 571 440 1443

**PLAINTIFF'S CERTIFICATE**
I certify that I delivered or mailed a completed copy of this BILL OF PARTICULARS to the clerk of this court and mailed to each attorney for the defendant, or to the defendant if not represented, this JUL 12 day of _____, 20 23.

SIGNATURE OF [ ] PLAINTIFF [ ] PLAINTIFF'S ATTORNEY

FORM DC-441 MASTER 05/09